UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN D. DAVENPORT, and<br>BETTY DAVENPORT,<br><br>      Plaintiffs,<br><br>      v.<br><br>KNIGHT TRANSPORTATION,<br>INCORPORATED, and<br>TERRY HAMPTON DAVENPORT,<br><br>      Defendants | )<br>) C.A. No: 06-676 JJF<br>)<br>)<br>)<br>)<br>) TRIAL BY JURY<br>) DEMANDED<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

      Richard D. Becker, Esquire does hereby enter his appearance on behalf of the defendants.

                                      BECKER & BECKER, P.A.

                                      /s/ Richard D. Becker
                                      RICHARD D. BECKER, ESQ. (#2203)
                                      2702 Capitol Trail
                                      Newark, DE 19711
                                      COUNSEL FOR DEFENDANTS

Dated: 1/17/07

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN D. DAVENPORT, and<br>BETTY DAVENPORT,<br><br>    Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION,<br>INCORPORATED, and<br>TERRY HAMPTON DAVENPORT,<br><br>    Defendants. | )<br>)  C.A. No: 06-676 JJF<br>)<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY<br>)  DEMANDED<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERV ICE OF ENTRY OF APPEARANCE**

    I hereby certify that the two copies of the above-named document(s) were mailed, U.S. Mail First Class, on January 17, 2007, to the following:

    Charles Snyderman, Esq.
    5301 Limestone Rd., Ste. 214
    Wilmington, DE 19808

                                  BECKER & BECKER, P.A.

                                  _/s/ Richard D. Becker_____
                                  Richard D. Becker, Esq. (#2203)
                                  2702 Capitol Trail
                                  Newark, DE 19711
                                  Tel: (302) 654-5374