IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN D. DAVENPORT and | : |
| BETTY DAVENPORT | : |
| 47 Stockton Drive | : |
| New Castle, DE 19720 | : CASE NO.   06-676-JJF |
| | : |
| v. | : |
| | : |
| KNIGHT TRANSPORTATION, | : |
| INCORPORATED | : |
| 5601 West Buckeye Road | : |
| Phoenix, Arizona 85043 | : |
| | : |
| and | : |
| | : |
| TERRY HAMPTON DAVENPORT | : |
| 9339 Parkwood Drive | : |
| Charlotte, North Carolina 78214 | : |

CERTIFICATE OF SERVICE

I, Charles Snyderman, Esquire, hereby certified that on March 12, 2007 a copy of the

Rule 16 Scheduling Order was sent by first class United States mail to the following persons:

Richard D. Becker, Esquire
Becker & Becker
2702 Capitol Trail
Newark, DE 19711

CHARLES SNYDERMAN, P.A.

/s/ Charles Snyderman
CHARLES SNYDERMAN, ESQUIRE
DE Bar I.D. 426
5301 Limestone Road, Suite 214
Wilmington, DE 19808
(302) 239-1140
Attorney for Plaintiffs

DATED:  March 12, 2007