# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN D. DAVENPORT, and<br>BETTY DAVENPORT,<br><br>    Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION,<br>INCORPORATED, and<br>TERRY HAMPTON DAVENPORT,<br><br>    Defendants. | )<br>)  C.A. No: 06-676 JJF<br>)<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY<br>)  DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF
## REQUEST FOR PRODUCTION AND INTERROGATORIES
## <u>DIRECTED TO PLAINTIFF</u>

    I hereby certify that the original and one, or two copies of the above-named document(s) were mailed, U.S. Mail, First Class on  June 14, 2007 , to the following:

Charles Snyderman, Esq.
301 Limestone Rd., Ste. 214
Wilmington, DE 19808

                      BECKER & BECKER, P.A.

                      <u>/s/ Richard D. Becker</u>
                      RICHARD D. BECKER, ESQ. (#2203)
                      2702 Capitol Trail
                      Newark, DE 19711
                      (302)654-5374
                      **Attorney for Defendants**

Dated: 6/14/07