IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVENPORT et al., :
:
      Plaintiffs, :
:
v. : Civil Action No. 06-676-JJF
:
KNIGHT TRANSPORTATION, INC. :
et al., :
:
      Defendants. :

### ORDER

WHEREAS, on August 28, 2007, Defendants filed a Motion to Compel Discovery (D.I. 13);

WHEREAS, Plaintiff's Answering Brief to the Motion to Compel Discovery was due on September 12, 2007;

WHEREAS, Plaintiff has not yet responded to Defendants' Motion;

NOW THEREFORE IT IS HEREBY ORDERED Plaintiff shall file an Answering Brief to the Motion to Compel Discovery (D.I. 13) **no later than Friday, October 26, 2007**. If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

October 19, 2007

                                                                              */s/ Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE