IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVENPORT et al., :
:
    Plaintiffs, :
:
v. : Civil Action No. 06-676-JJF
:
KNIGHT TRANSPORTATION, INC. :
et al., :
:
    Defendants. :

### ORDER

    WHEREAS, on August 28, 2007, Defendants filed a Motion to Compel Discovery (D.I. 13);

    WHEREAS, on October 29, 2007, Plaintiffs filed a Response to Defendants' Motion to Compel (D.I. 15), which indicated that Plaintiffs will provide the Defendants full and complete discovery responses by **November 2, 2007**;

    NOW THEREFORE IT IS HEREBY ORDERED:

1. Plaintiff shall provide the Defendants full and complete discovery responses by **Friday, November 2, 2007**.

2. The parties shall confer and submit a revised Scheduling Order.

November 1, 2007

                                       *Joseph J. Farnan Jr.*
                                     UNITED STATES DISTRICT JUDGE