IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN D. DAVENPORT, et al.,          :
                                     :
       Plaintiffs,                 :
                                     :
    v.                               : Civil Action No. 06-676-JJF
                                     :
KNIGHT TRANSPORTATION                :
INCORPORATED, et al.,                :
                                     :
       Defendants.                 :

### O R D E R

IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Wednesday, August 6, 2008 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.


July 8, 2008                          _____
   DATE                              UNITED STATES DISTRICT JUDGE