7TC⁰
301646
P

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JOHN D. DAVENPORT, and　　　　　)
BETTY DAVENPORT,　　　　　　　　)　　C.A. No: 06-676 JJF
　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　TRIAL BY JURY
KNIGHT TRANSPORTATION,　　　　　)　　DEMANDED
INCORPORATED, and　　　　　　　　)
TERRY HAMPTON DAVENPORT,　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants　　　　　　　　　)

## SUBSTITUTION OF COUNSEL

**PLEASE** enter the appearance of Delia A. Clark, of Rawle & Henderson, LLP and

withdraw the appearance of Richard D. Becker, Esq. as counsel for the Defendants.

RAWLE & HENDERSON, LLP　　　　　　　BECKER & BECKER, P.A.

_____　　　　　/s/ Richard D. Becker
DELIA A. CLARK, ESQ.　　　　　　　　　RICHARD D. BECKER, ESQ.
300 Delaware Ave., Ste. 1015　　　　　　　2702 Capitol Trail
Wilmington, DE 19801　　　　　　　　　　Newark, DE 19711

## CERTIFICATION OF SERVICE

I, Delia A. Clark, do hereby certify that a Substitution of Counsel was served on

this day to the plaintiffs, via first class regular mail at the below listed address on this

14th day of July, 2008.

/s/ Delia A. Clark
Delia A. Clark (DAC 3337)
Attorneys for Defendants,
Knight Transportation, Inc. and
Terry Hampton Davenport
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Dated:  July 14, 2008

2433798-1

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JOHN D. DAVENPORT, and<br>BETTY DAVENPORT, | ) | C.A. No: 06-676 JJF |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | TRIAL BY JURY |
| KNIGHT TRANSPORTATION, | ) | DEMANDED |
| INCORPORATED, and | ) |  |
| TERRY HAMPTON DAVENPORT, | ) |  |
|  | ) |  |
| Defendants | ) |  |

## SUBSTITUTION OF COUNSEL

**PLEASE** enter the appearance of Delia A. Clark, of Rawle & Henderson, LLP and withdraw the appearance of Richard D. Becker, Esq. as counsel for the Defendants.

RAWLE & HENDERSON, LLP                    BECKER & BECKER, P.A.


_____            /s/ Richard D. Becker
DELIA A. CLARK, ESQ.                      _____
300 Delaware Ave., Ste. 1015             RICHARD D. BECKER, ESQ.
Wilmington, DE 19801                      2702 Capitol Trail
                                         Newark, DE 19711

### CERTIFICATION OF SERVICE

I, Delia A. Clark, do hereby certify that a Substitution of Counsel was served on

this day to the plaintiffs, via first class regular mail at the below listed address on this

14th day of July, 2008.

/s/ Delia A. Clark
Delia A. Clark (DAC 3337)
Attorneys for Defendants,
Knight Transportation, Inc. and
Terry Hampton Davenport
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Dated:  July 14, 2008