IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN D. DAVENPORT, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-676-JJF |
| KNIGHT TRANSPORTATION INCORPORATED, et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the Court reviewed the July 14, 2008 letter from counsel requesting a 90 day extension of the Pretrial Conference set for August 6, 2008 (D.I. 19);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The August 6, 2008 Pretrial Conference is **CANCELLED**.

2) All discovery matters cited in the July 14, 2008 letter shall be resolved or completed no later than **November 14, 2008**.

3) Counsel shall advise the Court by **November 18, 2008**, whether the case is ready for a Pretrial Conference on December 3, 2008 or a Status Conference.

July 17, 2008                                    _Joseph J. Farnan Jr._
DATE                                             UNITED STATES DISTRICT JUDGE